UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 17-CR-418 |
| | § | |
| YOLANDA HAMILTON, M.D. | § | |
| | § | |
| Defendant. | § | |

### VERDICT OF THE JURY

We, the Jury, unanimously find Defendant **YOLANDA HAMILTON, M.D.**:

**Count 1: Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349)**

___12___ Guilty    ___0___ Not Guilty

**Count 2: Conspiracy to Solicit and Receive Healthcare Kickbacks (18 U.S.C. § 371)**

___12___ Guilty    ___0___ Not Guilty

**Count 3 (K.M.): False Statements Relating to Healthcare Matters (18 U.S.C. § 1035)**

___12___ Guilty    ___0___ Not Guilty

**Count 4 (B.M.): False Statements Relating to Healthcare Matters (18 U.S.C. § 1035)**

___12___ Guilty    ___0___ Not Guilty

**Count 5 (W.M.): False Statements Relating to Healthcare Matters (18 U.S.C. § 1035)**

___0___ Guilty    ___12___ Not Guilty

Dated ___10/7/19___  Signed: _____
                                  Jury Foreperson