# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:17–cr–00418

Yolanda Hamilton, M.D.

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Yolanda Hamilton, M.D. as set forth below.**

**Before the Honorable Keith P Ellison**

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/29/2024

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion to Reduce Sentence (18 USC 3582(c)(1)(A) Compassionate Release) – #339
Motion to Reduce Sentence (18 USC 3582(c)(1)(A) Compassionate Release) – #350

---

Date: April 19, 2024  Nathan Ochsner, Clerk